

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-20-00544-CR

**EX PARTE JORGE AMEZCUA TREVINO,**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. CM074888
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

The panel has considered Appellee's motion for rehearing and now requests a response from Appellant to be due August 15, 2021. *See* TEX. R. APP. P. 49.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court